# Composite Exhibit A

# United States Patent Office

**612,169**
Registered Sept. 13, 1955

## PRINCIPAL REGISTER
## Trademark

Ser. No. 677,202, filed Nov. 24, 1954

# CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York 19, N. Y.

For: NECKLACES, in CLASS 28.
First used 1914, and in commerce in or before 1925.
Sec. 2(f).
Owner of Reg. Nos. 513,132, 195,360, and others.

# United States Patent Office

**626,035**
Registered May 1, 1956

## PRINCIPAL REGISTER
### Trademark

Ser. No. 678,436, filed Dec. 16, 1954

# CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York 19, N. Y.

For: WOMEN'S HANDBAGS, in CLASS 3.
First use 1938; in commerce Nov. 24, 1954.
Sec. 2(f).
Owner of Reg. Nos. 513,132, 195,360, and others.

COMB. AFF. SEC. 8 & 15
MAY 10 1961

# United States Patent Office

**902,190**
Registered Nov. 10, 1970

## PRINCIPAL REGISTER
## Trademark

Ser. No. 339,492, filed May 28, 1969

# CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York, N.Y. 10019

For: BRACELETS, PINS, AND EARRINGS, in CLASS 28 (INT. CL. 14).
First use in 1914; in commerce in or before 1925.
Owner of Reg. No. 612,169.

# United States Patent Office

915,139
Registered June 15, 1971

## PRINCIPAL REGISTER
### Trademark

Ser. No. 373,473, filed Oct. 16, 1970

## CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York, N.Y. 10019

For: WOMEN'S SHOES, in CLASS 39 (INT. CL. 25).
First use Mar. 17, 1970; in commerce Mar. 17, 1970.
Owner of Reg. No. 619,522.



7412409

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 17, 2013

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,241,265* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *June 07, 1983*
*2nd* RENEWAL FOR A TERM OF *10* YEARS FROM   *June 07, 2013*
SECTION 8 & 15
LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:
  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,241,265
Registered Jun. 7, 1983

## TRADEMARK
Principal Register

## CHANEL

Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: SUITS, JACKETS, SKIRTS, DRESSES, PANTS, BLOUSES, TUNICS, SWEATERS, CARDIGANS, TEE-SHIRTS, CAPES, COATS, RAINCOATS, JACKETS MADE OF FEATHERS, SHAWLS, SCARVES, SHOES AND BOOTS, in CLASS 25 (U.S. Cl. 39).

First use 1914; in commerce 1925.

Owner of U.S. Reg. Nos. 915,139, 1,177,400 and others.

Ser. No. 359,661, filed Apr. 14, 1982.

CRAIG K. MORRIS, Examiner



7129315

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 23, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,314,511* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *January 15, 1985*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *January 15, 2005*
*SECTION 8 & 15*
*LESS GOODS*
CLASS(ES) CANCELLED:
   *INT CL 016*

SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

Int. Cls.: 16 and 18

Prior U.S. Cls.: 3 and 37

**United States Patent and Trademark Office**  Reg. No. 1,314,511
Registered Jan. 15, 1985

## TRADEMARK
Principal Register



Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: NOTEBOOKS AND STATIONERY-TYPE PORTFOLIOS, in CLASS 16 (U.S. Cl. 37).
First use Sep. 1981; in commerce Sep. 1981.
For: LEATHER GOODS—NAMELY, HANDBAGS, ~~WALLETS, TRAVEL-BAGS, LUGGAGE, CREDIT CARD AND BUSINESS CARD CASES, MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, BRIEFCASE TYPE PORTFOLIOS, ATTACHE CASES, CHANGE PURSES, SUIT- CASES, TOTE BAGS, GARMENT BAGS AND TRAVELLERS' SHOE BAGS~~, in CLASS 18 (U.S. Cl. 3).

First use Nov. 24, 1954; in commerce Nov. 24, 1954.

Owner of U.S. Reg. No. 1,075,016.

Ser. No. 356,733, filed Mar. 26, 1982.

FRANCIE R. GOROWITZ, Examining Attorney



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 23, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,347,677 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM July 09, 1985
1st RENEWAL FOR A TERM OF 10 YEARS FROM July 09, 2005
**SECTION 8 PARTIAL & 15**
**LESS GOODS**
CLASS(ES) CANCELLED:
  *INT. CL 016*

SAID RECORDS SHOW TITLE TO BE IN:
  *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer

Int. Cls.: **16 and 18**

Prior U.S. Cls.: **3 and 37**

**United States Patent and Trademark Office** Reg. No. **1,347,677**
Registered **July 9, 1985**

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 W. 57TH ST.
NEW YORK, NY 10019

FOR: NOTEBOOKS AND STATIONERY TYPE PORTFOLIOS, IN CLASS 16 (U.S. CL. 37).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
FOR: LEATHER GOODS—NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS AND CREDIT CARD CASES, BRIEFCASE TYPE PORTFOLIOS, ATTACHE CASES, CHANGE PURSES, SUITCASES, TOTE BAGS, MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, GARMENT BAGS FOR TRAVEL AND TRAVELLERS' SHOE BAGS, IN CLASS 18 (U.S. CL. 3).
FIRST USE 0-0-1938; IN COMMERCE 11-24-1954.
OWNER OF U.S. REG. NO. 626,035.

SER. NO. 356,734, FILED 3-26-1982.

ROBERT PEVERADA, EXAMINING ATTORNEY

Int. Cls.: 6, 14, 16, 25 and 26

Prior U.S. Cls.: 13, 28, 37, 39 and 40

Reg. No. 1,501,898

United States Patent and Trademark Office   Registered Aug. 30, 1988

## TRADEMARK
## PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: KEYCHAINS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

FOR: COSTUME JEWELRY, IN CLASS 14 (U.S. CL. 28).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

FOR: GIFT WRAPPING PAPER, IN CLASS 16 (U.S. CL. 37).
FIRST USE 8-0-1986; IN COMMERCE 8-0-1986.

FOR: BLOUSES, SHOES, BELTS, SCARVES, JACKETS, MEN'S TIES, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

FOR: BROOCHES, BUTTONS FOR CLOTHING, IN CLASS 26 (U.S. CL. 40).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

OWNER OF U.S. REG. NOS. 195,359, 1,347,094 AND OTHERS.

SER. NO. 644,065, FILED 2-9-1987.

JANE MCCABE, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**  Reg. No. 1,733,051
Registered Nov. 17, 1992

TRADEMARK
PRINCIPAL REGISTER

CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS AND CREDIT CARD CASES, CHANGE PURSES, TOTE BAGS, COSMETIC BAGS SOLD EMPTY, AND GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

OWNER OF U.S. REG. NOS. 626,035, 1,347,677 AND OTHERS.

SER. NO. 74-242,426, FILED 1-31-1992.

KEITH L. HENDERSON, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3

Reg. No. 1,734,822

**United States Patent and Trademark Office**   Registered Nov. 24, 1992

## TRADEMARK
## PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS CARD CASES, CHANGE PURSES, TOTE BAGS, AND COSMETIC BAGS SOLD EMPTY, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

OWNER OF U.S. REG. NOS. 1,293,298, 1,314,511 AND OTHERS.

SER. NO. 74-242,471, FILED 1-31-1992.

KEITH L. HENDERSON, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,025,934
Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

   FOR: HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

   FIRST USE 6-1-2004; IN COMMERCE 6-1-2004.

   OWNER OF U.S. REG. NOS. 195,359, 1,734,822 AND OTHERS.

   THIS MARK IS A THREE-QUARTER VIEW OF THE CHANEL CC MONOGRAM WHICH IS COMPRISED OF INTERLOCKING C'S.

   SER. NO. 76-615,089, FILED 10-8-2004.

   KIMBERLY PERRY, EXAMINING ATTORNEY