Composite Exhibit B

ebaglux.com

9/9/2015                                                Classic Flap - Designer handbags replica

# ebaglux.com

Home | Contacts | Sign in or Register | Help | Shopping cart(0)

keyword

| Home | Handbag | Shoes | Wallet | Scarf | Watch | Others | Currency : | USD ▼ |

**PRODUCTS**

Home > Products > Handbag > Chaannneel > Classic Flap

**Handbag**

Special Offer Items
Men bag
Louiis vuittonn
Guccii
Hemmes
Chaannneel
Praada
Aleexander Wang
Aleexander Mcqueen
Balenciagaa
Bvlgarii
Burberriy
Bottegaa Venetaa
Celiine
Christion Louboutiin
Chloee
Di&G
Diior
Furllaa
Fendii
Ferragaamo
Givennchy
Goyarrd
Katee Spadee
Loeiwe
Lanviin
MCMM
Miuu Miuu
Mullberry
Proenzaa Schouller
Robertoo Cavalli
Stellaa McCartneey
Rogeer Vivieer
Todds
Valentinoo
Versacee
YSLL
3.1 phillip Limm
Tom Forrd

| Chain Bag | Charm | Classic Flap | Classic Flap Jumbo |
| Clutch | Long Chain | 1:1 True Mirror Image | New Arrival |
| Hard Box | SPRING-SUMMER 2014 | | |

**Channel shoulder bag C020CH05107**
$ 88

**Channel shoulder bag 31 C020CH05105**
$ 98

**Channel shoulder bag C020CH05038**
$ 88

**Channnel Shoulder bag 67087 KK01C1111**
$ 118

**Channnel shoulder bag 35876 KK01C112**
$ 118

**Channnel Chain Shoulder Bag 92516 KK12C035**
$ 88

**Channnel Chain Shoulder Bag 92516 KK12C034**
$ 88

**Channnel Chain Shoulder Bag 35877 KK12C023**
$ 108

**Channnel Chain Shoulder Bag 32052 KK12C016**
$ 98

**Channnel Chain Shoulder Bag 32051 KK12C015**
$ 88

**Channnel Chain Shoulder Bag 32051 KK12C014**
$ 88

**Channnel Chain Shoulder Bag 1112 KK12C013**
$ 88

**Channnel Chain Shoulder Bag 1112 KK12C012**
$ 88

**Channnel Chain Shoulder Bag 1112 KK12C011**
$ 88

**Channnel Chain Shoulder Bag 1112 KK12C010**
$ 88

**Channnel Chain Shoulder Bag 1112 KK12C009**
$ 78

9/9/2015

Classic Flap - Designer handbags replica

Michael Korrs

Akriis

Victoriia Beckhamm

Cooach

Moschinoo

Torry B

Philipp Pleein

Sophiie hulme

Shoes

Wallet

Scarf

Watch

Others


GET YOUR
**FREE GIFT!**

Your E-mail Address

Subscribe



**Channnel Chain Shoulder Bag
1112 KK12C008**

**$ 78**



**Channnel Chain Shoulder Bag
1112 KK12C007**

**$ 78**



**Channnel Chain Shoulder Bag
1112 KK12C006**

**$ 78**



**Channnel Chain Shoulder
Original Handbag A92591**

**$ 148**



**Channnel Long Chain Shoulder
Handbag A91101 KK09C076**

**$ 98**



**Channnel Long Chain Shoulder
Handbag A91101 KK09C075**

**$ 98**



**Channnel Long Chain Shoulder
Handbag A91101 KK09C074**

**$ 98**



**Channnel Long Chain Shoulder
Handbag A91101 KK09C073**

**$ 98**



**Channnel Long Chain Shoulder
Handbag A91101 KK09C077**

**$ 98**



**Channnel Chain Shoulder
Handbag 90352 KK09C052**

**$ 100**



**Channnel Chain Shoulder
Handbag 90352 KK09C051**

**$ 100**



**Channnel Chain Shoulder
Handbag 90352 KK09C050**

**$ 100**



**Channnel Chain Shoulder
Handbag 90352 KK09C049**

**$ 100**



**Channnel Chain Shoulder
Handbag 90352 KK09C053**

**$ 100**



**Channnel Long Chain Shoulder
Handbag Canvas 69900**

**$ 88**



**Channnel Long Chain Shoulder
Handbag Canvas 69900**

**$ 88**



**Channnel Long Chain Shoulder
Handbag Canvas 69900**

**$ 88**



**Channnel Long Chain Shoulder
Handbag Canvas 69900**

**$ 88**



**Channnel Long Chain Shoulder
Handbag Canvas 69900**

**$ 88**



**Channnel Chain Shoulder
Handbag Canvas 1112**

**$ 98**

9/9/2015

Classic Flap - Designer handbags replica



Channnel Chain Shoulder Handbag Canvas 1112
**$ 98**

Channnel Chain Shoulder Handbag Canvas 1112
**$ 98**

Channnel Chain Shoulder Handbag Canvas 1112
**$ 98**

Channnel Chain Shoulder Handbag Canvas 1112
**$ 98**

Channnel Chain Shoulder Handbag Canvas 1112
**$ 98**

Channnel Classic Flap Handbag KK09C013
**$ 108**

Channnel Classic Flap Handbag KK09C012
**$ 108**

Channnel Classic Flap Handbag KK09C011
**$ 108**

Channnel Classic Flap Handbag KK09C010
**$ 108**

Channnel Classic Flap Handbag KK09C009
**$ 108**

Channnel Classic Flap Handbag KK09C008
**$ 108**

Channnel Classic Flap Handbag KK09C007
**$ 108**

Channnel Classic Flap Handbag KK09C006
**$ 108**

Channnel Classic Flap Handbag KK09C005
**$ 108**

Channnel Classic Flap Handbag KK09C004
**$ 108**

Channnel Classic Flap Handbag KK09C003
**$ 108**

143 Item(s) Page 1 of 3

| 1 | 2 | 3 | > | 1 | | GO |

Home  |  About Us  |  Payment  |  Shipping  |  Guarantee & Return Policy  |  Sitemap  |  FAQ  |  Testimonials  |  Privacy Policy  |  Tracking

Business Email: **wikihandbag@vip.163.com**   Skpe: jimmytiger

Copyright Notice © 2007 - 2015 www.aaavog.com All rights reserved

9/9/2015                    Channnel Long Chain Shoulder Handbag Canvas 69900 KK09C043 - Designer handbags replica

# ebaglux.com

Home | Contacts | Sign in or Register | Help | Shopping cart(0)

keyword

| Home | Handbag | Shoes | Wallet | Scarf | Watch | Others | Currency : | USD ▼ |

**PRODUCTS**

Home > Products > Handbag > Chaannneel > Classic Flap

**Handbag**

Special Offer Items
Men bag
Louiis vuittonn
Guccii
Hemmms
Chaannneel
Praada
Aleexander Wang
Aleexander Mcqueen
Balenciagaa
Bvlgarii
Burberriy
Bottegaa Venetaa
Celiine
Christian Louboutiin
Chloee
Di&G
Diior
Furllaa
Fendii
Ferragaamo
Givennchy
Goyarrd
Katee Spadee
Loeiwe
Lanviin
MCMM
Miuu Miuu
Mullberry
Proenzaa Schouller
Robertoo Cavalli
Stellaa McCartneey
Rogeer Vivieer
Todds
Valentinoo
Versaceee
YSLL
3.1 phillip Limm
Tom Forrd



 

### Channnel Long Chain Shoulder Handbag Canvas 69900 KK09C043

Item Code : 65884

Size : W20*H12.5*7CM

Our Price : $88   USD ▼

Category : Classic Flap    Goods click : 127

Update time : 2015-09-01

Any question, please feel free to contact:

Email: wikihandbag@vip.163.com

Skype: jimmytiger



**I Select :** Please select the Style

Quantity : 1

🛒 **Add To Cart**

| description | shipping | return policy | payment |

**Similar products**


**Channnel Classic Flap Handbag CCF713**
**$ 110**


**Channnel Classic Flap Handbag CCF311**
**$ 110**


**Channnel Classic Flap Handbag CCF317**
**$ 110**


**Channnel Classic Flap Handbag CCF218**
**$ 110**


**Channnel Classic Flap Jumbo Handbag CPF011**
**$ 118**


**Channnel Rewind Quilted Shoulder Bag KK8C008**
**$ 120**


**Channnel Classic Flap Handbag KK07C003**
**$ 108**


**Channnel Classic Flap Handbag KK09C002**
**$ 108**

http://www.ebaglux.com/Channnel-Long-Chain-Shoulder-Handbag-Canvas-69900-KK09C043-p65884.html                    1/2

9/9/2015                          Channnel Long Chain Shoulder Handbag Canvas 69900 KK09C043 – Designer handbags replica

Michael Korrs

Akriis

Victoriia Beckhamm

Cooach

Moschinoo

Torry B

Philipp Pleein

Sophiie hulme

**Shoes**

**Wallet**

**Scarf**

**Watch**

**Others**



Your E-mail Address

Subscribe

Home    |    About Us    |    Payment    |    Shipping    |    Guarantee & Return Policy    |    Sitemap    |    FAQ    |    Testimonials    |    Privacy Policy    |    Tracking

Business Email: **wikihandbag@vip.163.com**    Skpe: jimmytiger

Copyright Notice © 2007 – 2015 www.aaavog.com All rights reserved

luxesupport.co
(Redirect to: poshmoda.co)

myluxe.co
(Redirect to: poshmoda.co)

poshmoda.co

9/9/2015                                                    Handbags C.h.a.n.e.l

HOME | ABOUT US | WHY WE ARE #1 | TESTIMONIALS | DISCOUNTS | REWARD POINTS | TOP BUYING TIPS | SHIPPING |

FAQ | MONEY BACK GUARANTEE | CUSTOMER SERVICE


**Poshmoda®.co**
*- a Luxe Global company*

ADD THIS PAGE TO MY FAVORITES |

WISH LIST | COMPARE LIST | MY ACCOUNT | [ SHOPPING BAG (0) ]

HANDBAGS    SUNGLASSES    JEWELRY    ACCESSORIES    FREE GIFTS

JOIN OUR MAILING LIST AND ENJOY
$15 OFF ON YOUR FIRST ORDER

[ your email address ]    SUBMIT

[ product name or sku ]    SEARCH

MY PERSONAL SHOPPER




GIFTS FOR HIM


GET $20 PER FRIEND


**Authentic Collections**
*House of luxury*

**NEW ARRIVALS**

**best sellers!**
♡ Your Must-Haves ♡


CLEARANCE

# C.H.A.N.E.L

Home > Handbags > C.h.a.n.e.l

[1] [2] [3] [4] [5] [6] [7] [8] [9] [10] [Next]        Number of items per page [ 32 ▼ ]



C.h.a.n.e.l
CC Hobo 30 G (Black)
~~US$ 860.82~~ US$ 649.69

ORDER

DETAILS

C.h.a.n.e.l
CC Hobo 30 G (Dark Gray)
~~US$ 860.82~~ US$ 649.69

ORDER

DETAILS

C.h.a.n.e.l
CC Hobo 30 G (Tan)
~~US$ 860.82~~ US$ 649.69

ORDER

DETAILS



C.h.a.n.e.l
CC Hobo 30 G (Purple)
~~US$ 860.82~~ US$ 649.69

ORDER

DETAILS







C.h.a.n.e.l
CC Hobo 30 G (Dark Slate Gray)
~~US$ 860.82~~ US$ 649.69

ORDER

DETAILS

C.h.a.n.e.l
CC Hobo 30 G (Red)
~~US$ 860.82~~ US$ 649.69

ORDER

DETAILS

C.h.a.n.e.l
Python Boy Bag 25 S (Black)
~~US$ 807.02~~ US$ 609.29

ORDER

DETAILS









C.h.a.n.e.l
Classic Flap Bag with Silver Chain Strap 28 S (Dark Blue)

C.h.a.n.e.l
Python Boy Bag 25 S (Dark Red)
~~US$ 807.02~~ US$

C.h.a.n.e.l
Python Boy Bag 25 B (Pink)
~~US$ 995.32~~ US$

~~US$ 968.42~~ US$ 729.39

ORDER

DETAILS

609.29

ORDER

DETAILS

749.49

ORDER

DETAILS




C.h.a.n.e.l
Python Boy Bag 25 B
(Black)

~~US$ 995.32~~ US$ 749.49

ORDER

DETAILS

C.h.a.n.e.l
Python Boy Bag 25 c
(Black)

~~US$ 995.32~~ US$ 749.49

ORDER

DETAILS





C.h.a.n.e.l
Classic Flap Bag with
Silver Chain Strap 28 S
(Black)

~~US$ 968.42~~ US$ 729.39

ORDER

DETAILS

C.h.a.n.e.l
Classic Flap Bag with
Silver Chain Strap 28 S
(Dark Red)

~~US$ 968.42~~ US$ 729.39

ORDER

DETAILS

C.h.a.n.e.l
Python Boy Bag 25 B
(Dark Blue)

~~US$ 860.82~~ US$ 649.69

ORDER

DETAILS



C.h.a.n.e.l
Python Boy Bag 25 B
(Black)

~~US$ 860.82~~ US$ 649.69

9/9/2015                                          Handbags C.h.a.n.e.l

ORDER

DETAILS

  

C.h.a.n.e.l
Python Boy Bag 25 B
(Tan)

US$ 995.32 US$
749.49

ORDER

DETAILS

C.h.a.n.e.l
Python Boy Bag 25 B
(White)

US$ 995.32 US$
749.49

ORDER

DETAILS

C.h.a.n.e.l
Python Boy Bag 25 S
(Pink)

US$ 807.02 US$
609.29

ORDER

DETAILS

  

C.h.a.n.e.l
Flap 2.55 Bag 25 S
(Black)

US$ 968.42 US$
729.39

ORDER

DETAILS

C.h.a.n.e.l
Flap 2.55 Bag 25 S
(White)

US$ 968.42 US$
729.39

ORDER

DETAILS

C.h.a.n.e.l
Python Boy Bag 25 B
(Pink)

US$ 860.82 US$
649.69

ORDER

DETAILS

  

C.h.a.n.e.l
Python Boy Bag 25 S
(Mose White)

US$ 807.02 US$
609.29

ORDER

C.h.a.n.e.l
Python Boy Bag 25 S
(Cornflower Blue)

US$ 807.02 US$
609.29

ORDER

C.h.a.n.e.l
Python Boy Bag 25 S
(Medium Sea Green)

US$ 807.02 US$
609.29

ORDER

DETAILS                          DETAILS                          DETAILS







C.h.a.n.e.l
Python Boy Bag 25 S
(Royal Blue)

US$ 807.02 US$
609.29

ORDER

DETAILS

C.h.a.n.e.l
Python Boy Bag 25 S
(Silver)

US$ 995.32 US$
749.49

ORDER

DETAILS

C.h.a.n.e.l
Python Boy Bag 25 G
(Golden Rod)

US$ 995.32 US$
749.49

ORDER

DETAILS



C.h.a.n.e.l
Python Boy Bag 25 G
(Purple)

US$ 995.32 US$
749.49

ORDER

DETAILS

C.h.a.n.e.l
Python Boy Bag 25 G
(Black)

US$ 995.32 US$
749.49

ORDER

DETAILS

C.h.a.n.e.l
Python Boy Bag 25 S
(Beige)

US$ 807.02 US$
609.29

ORDER

DETAILS

C.h.a.n.e.l
Classic Pouch Flap 20 S
(Beige)

US$ 631.37 US$
479.59

ORDER

DETAILS

9/9/2015                                    Handbags C.h.a.n.e.l

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Next |

Number of items per page   32 ▼

## SHOP BY BRAND

**Louis Vuitton (478)**
**Hermes (396)**
**Gucci (276)**
**Prada (280)**
Balenciaga (94)
Burberry (185)
Celine (89)
Chloe (22)
Christian Dior (20)
Fendi (53)
Ferragamo (4)
Givenchy (2)
Goyard (53)
Marc Jacobs (4)
MCM (60)
Miu Miu (175)
Moynat (4)
Mulberry (1)
Valentino (4)
Yves Saint Laurent (68)

## SHOP BY STYLE

Authentic Collections
Everyday Bags
Clutches And Evening
Sports And Travel Bags
Wallets
Mens

## SHOP BY COLOR

Black
Whites
Grays
Browns
Reds
Pinks
Purples
Blues
Greens
Yellows
Oranges

## SHOP BY PRICE

$0 to $99.99
$100 to $149.99
$150 to $199.99
$200 to $299.99
$300 to $499.99
$500 to $699.99
$700 to $999.99
$1000 and up

9/9/2015                                        Handbags C.h.a.n.e.l

## What people are saying about us

The bags are really beautiful especially the YSL bag. Superb quality. will be making another purchase soon.

Marjinah, SG

Hi guys, I just wanted to say that I have received my bag and traveled with to London and I

SEE MORE TESTIMONIALS...



**Live Chat**

### Toll Free Order Hotline

**866 476 0863**
11AM - 7PM PST (Mon. - Fri.)

Note: This is an order hotline only. For immediate customer service, please click on live chat icon above.





SPECIAL "AUTHENTIC" COLLECTION

SHOP NOW



GIFTS FOR HIM

SHOP NOW





Additional 35% OFF

LEARN MORE



Shopping with Reward Points

LEARN MORE



MasterCard. **Verified** by
SecureCode        **VISA**



We Ship Worldwide

TERMS OF SERVICE | RETURN POLICY | PRIVACY POLICY | DISCLAIMER | BECOME AN AFFILIATE | WHOLESALE AND DROP

SHIPPING | CONTACT US



© 2013 YourSite ® All rights Reserved.                    Sitemap

9/9/2015                                                          Poshmoda

HOME | ABOUT US | WHY WE ARE #1 | TESTIMONIALS | DISCOUNTS | REWARD POINTS | TOP BUYING TIPS | SHIPPING |

FAQ | MONEY BACK GUARANTEE | CUSTOMER SERVICE



ADD THIS PAGE TO MY FAVORITES |

WISH LIST | COMPARE LIST | MY ACCOUNT | SHOPPING BAG (0)

HANDBAGS    SUNGLASSES    JEWELRY    ACCESSORIES    FREE GIFTS

JOIN OUR MAILING LIST AND ENJOY
$15 OFF ON YOUR FIRST ORDER

your email address    SUBMIT

product name or sku    SEARCH

MY PERSONAL SHOPPER










# C.H.A.N.E.L PYTHON BOY BAG 25 C (BLACK)

Home  >  Handbags  >  C.h.a.n.e.l



Click picture to enlarge



Like  Sign Up to see what your
      friends like.

**SKU:** cnbag3650d

*This particular item is from our most exclusive collection.  It's made of imported leather from the same material factory the original brand uses in Italy, and it's handmade by experienced ateliers trained in Italy. It is effectively 100% Authentic even in the eyes of experts.*

- Made with premium genuine C.h.a.n.e.l Leather and C.h.a.n.e.l hardware
- Made with genuine C.h.a.n.e.l interior material
- Comes With all the appropriate C.h.a.n.e.l stamps and logos
- Comes with original C.h.a.n.e.l dust bag and shopping bag

**Size:** 9.84" × 5.51" × 3.15"   inch ▼

**Retail Price:** US$ 5,600.00

**Our Price:** US$ 995.32

**Special Offer Price:** US$ 749.49 *Convert to your currency*

**You Can Save Up to An Additional 10% Off**

**Quantity:**  1   ADD TO CART

--------------------------------------------------

💬 Tell A Friend  |  ⊕ Add To Compare List  |  ⊕ Add To My Wishlist

--------------------------------------------------

Invite Friends & Earn $20 in Rewards per friend!

## YOU MAY ALSO LIKE

   

9/9/2015                                                    Poshmoda

## What people are saying about us

store in Harrods in London and the lady who sells bags there couldn't realize that my bag is a replica! isn't that amazing!!!

Jasmine, London, UK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I just wanted to say thank you so much for all your help! I received my bag and couldn't be happier. I love it! You guys are awesome! I can't wait to purchase another

SEE MORE TESTIMONIALS...



Live Chat

**Toll Free Order Hotline**

**866 476 0863**
11AM - 7PM PST (Mon. - Fri.)

Note: This is an order hotline only. For immediate customer service, please click on live chat icon above.





SPECIAL "AUTHENTIC" COLLECTION

SHOP NOW



GIFTS FOR HIM

SHOP NOW





Additional 35% OFF

LEARN MORE

9/9/2015                                                    Poshmoda



LEARN MORE





TERMS OF SERVICE | RETURN POLICY | PRIVACY POLICY | DISCLAIMER | BECOME AN AFFILIATE | WHOLESALE AND DROP SHIPPING | CONTACT US



© 2013 YourSite ® All rights Reserved.

Sitemap

9/9/2015                                                    Poshmoda


**Poshmoda®.co**
- a Luxe Global company

ADD THIS PAGE TO MY FAVORITES |

WISH LIST | COMPARE LIST | MY ACCOUNT | SHOPPING BAG (0)

JOIN OUR MAILING LIST AND ENJOY
$15 OFF ON YOUR FIRST ORDER

your email address      SUBMIT

product name or sku      SEARCH

MY PERSONAL SHOPPER




GIFTS FOR HIM


GET $20 PER FRIEND

Authentic Collections
House of luxury

NEW ARRIVALS
... we love new things, don't you!


best sellers!
♡ Your Must-Haves ♡


CLEARANCE

# CONTACT US

Home > Contact Us

## Order Status

You can track the shipping status of your package by entering the tracking number below. Or you can login to your account and view your order details. If you do not have an account, you can Register one here for FREE!

| **Anonymous Order Tracking** | **Returning Customers** |
|---|---|
| Tracking number | Email: |
| | |
| Your country | |

United States ▼

SUBMIT

Password:

LOGIN

Forgot your password?

## Contact Us

Please fill in the following form.
Fields marked with * are mandatory.

Subject Type *

PLEASE CHOOSE ▼

Full name *

Status *

PLEASE CHOOSE ▼

Email *

Phone

Comments *

Security Code *



Type the text

Privacy & Terms

SUBMIT

## CHAT WITH US ONLINE

Please chat with one of our representatives by clicking on the Live Chat link on the bottom right corner of our site during our business hours.

## EMAIL US

For any type of inquiry and customer support, you may also email us  support@luxesupport.co

## CALL US

For help to place an order, you may call us at the Toll Free Order Hotlines below:

866 476 0863
11AM - 7PM PST (Mon. - Fri.)

*Note: This is an order hotline only. For immediate customer service, please click on live chat icon.*

**Note: We respect your privacy. No personal information is kept on any hard drive. No e-mail address will ever be given or sold to any third party.**

## SHOP BY BRAND

**Louis Vuitton (478)**
**Hermes (396)**
**Gucci (276)**
**Prada (280)**
Balenciaga (94)
Burberry (185)
Celine (89)
Chloe (22)
Christian Dior (20)
Fendi (53)
Ferragamo (4)
Givenchy (2)
Goyard (53)
Marc Jacobs (4)
MCM (60)
Miu Miu (175)
Moynat (4)
Mulberry (1)
Valentino (4)
Yves Saint Laurent (68)

## SHOP BY STYLE

Authentic Collections
Everyday Bags
Clutches And Evening
Sports And Travel Bags
Wallets
Mens

## SHOP BY COLOR

Black
Whites
Grays
Browns
Reds
Pinks
Purples
Blues
Greens
Yellows
Oranges

posh-moda.co
(Redirect to: poshmoda.co)

posh-moda.net
(Redirect to: poshmoda.co)

ubagaaa.com

9/9/2015                                    Classic Flap - luxury fashion



Home | Contacts | Sign in or Register | Help | Shopping cart(0)

keyword

| Home | Handbag | Shoes | Wallet | Scarf | Watch | Others | Currency : USD ▼ |

**⊙ PRODUCTS**

Home > Products > Handbag > Chaannneel > Classic Flap

| | |
|---|---|
| Handbag | |
| Special Offer Items | Original lether        Classic Flap        LE BOY        GST |
| Men bag | Shoulder bag        Toto bag        Clutch        Long Chain |
| Louiis vuittonn | Canvas        Hard Box        backpack |
| Guccii | |

Hermmes
Chaannneel
Praada
Aleexander Wang
Aleexander Mcqueen
Balenciagaa
Bvlgarii
Burberriy
Bottegaa Venataa
Celiine
Christion Louboutiin
Chloee
DI&G
Diior
Furllaa
Fendii
Ferragaamo
Givennchy
Goyarrd
Katee Spadee
Loeiwe
Lanviin
MCMM
Miuu Miuu
Mullberry
Proenzaa Schouller
Robertoo Cavalli
Stellaa McCartneey
Rogeer Vivieer
Todds
Valentiinoo
Versacee
YSLL
3.1 phillip Limm
Tom Forrd
Michael Korrs
Akriis
Victorliia Beckhamm
Cooach
Moschiinoo
Torry B




Channel shoulder bag
C020CH05107
$ 88

Channel shoulder bag 31
C020CH05105
$ 98

Channel shoulder bag
C020CH05038
$ 88

Channnel Shoulder bag 67087
KK01C1111
$ 118






Channnel shoulder bag 35876
KK01C112
$ 118

Channnel Chain Shoulder Bag
92516 KK12C035
$ 88

Channnel Chain Shoulder Bag
92516 KK12C034
$ 88

Channnel Chain Shoulder Bag
35877 KK12C023
$ 108






Channnel Chain Shoulder Bag
32052 KK12C016
$ 98

Channnel Chain Shoulder Bag
32051 KK12C015
$ 88

Channnel Chain Shoulder Bag
32051 KK12C014
$ 88

Channnel Chain Shoulder Bag
1112 KK12C013
$ 88






Channnel Chain Shoulder Bag
1112 KK12C012
$ 88

Channnel Chain Shoulder Bag
1112 KK12C011
$ 88

Channnel Chain Shoulder Bag
1112 KK12C010
$ 88

Channnel Chain Shoulder Bag
1112 KK12C009
$ 78



9/9/2015                                Classic Flap - luxury fashion

Philipp Plein
Sophiie hulme
Thomas Wyldde
issey miyake
Moynat
Shoes
Wallet
Scarf
Watch
Others



Replica Clothing wholesale


ROLEX 10% OFF


GET YOUR FREE GIFT!

Your E-mail Address
Subscribe



Channnel Chain Shoulder Bag
1112 KK12C008
$ 78



Channnel Chain Shoulder Bag
1112 KK12C007
$ 78



Channnel Chain Shoulder Bag
1112 KK12C006
$ 78



Channnel Chain Shoulder
Original Handbag A92591
$ 148

Channnel Long Chain Shoulder
Handbag A91101 KK09C076
$ 98



Channnel Long Chain Shoulder
Handbag A91101 KK09C075
$ 98



Channnel Long Chain Shoulder
Handbag A91101 KK09C074
$ 98



Channnel Long Chain Shoulder
Handbag A91101 KK09C073
$ 98



Channnel Long Chain Shoulder
Handbag A91101 KK09C077
$ 98



Channnel Chain Shoulder
Handbag 90352 KK09C052
$ 100



Channnel Chain Shoulder
Handbag 90352 KK09C051
$ 100



Channnel Chain Shoulder
Handbag 90352 KK09C050
$ 100



Channnel Chain Shoulder
Handbag 90352 KK09C049
$ 100



Channnel Chain Shoulder
Handbag 90352 KK09C053
$ 100



Channnel Long Chain Shoulder
Handbag Canvas 69900
$ 88



Channnel Long Chain Shoulder
Handbag Canvas 69900
$ 88



Channnel Long Chain Shoulder
Handbag Canvas 69900
$ 88



Channnel Long Chain Shoulder
Handbag Canvas 69900
$ 88



Channnel Long Chain Shoulder
Handbag Canvas 69900
$ 88



Channnel Chain Shoulder
Handbag Canvas 1112
$ 98



Channnel Chain Shoulder
Handbag Canvas 1112
$ 98







9/9/2015

Classic Flap - luxury fashion

Channnel Chain Shoulder
Handbag Canvas 1112
$ 98





Channnel Chain Shoulder
Handbag Canvas 1112
$ 98

Channnel Chain Shoulder
Handbag Canvas 1112
$ 98

Channnel Chain Shoulder
Handbag Canvas 1112
$ 98





Channnel Classic Flap
Handbag KK09C013
$ 108

Channnel Classic Flap
Handbag KK09C012
$ 108









Channnel Classic Flap
Handbag KK09C011
$ 108

Channnel Classic Flap
Handbag KK09C010
$ 108

Channnel Classic Flap
Handbag KK09C009
$ 108

Channnel Classic Flap
Handbag KK09C008
$ 108









Channnel Classic Flap
Handbag KK09C007
$ 108

Channnel Classic Flap
Handbag KK09C006
$ 108

Channnel Classic Flap
Handbag KK09C005
$ 108

Channnel Classic Flap
Handbag KK09C004
$ 108



Channnel Classic Flap
Handbag KK09C003
$ 108

143 Item(s) Page 1 of 3

1  2  3  >  1   GO

Home   |   About Us   |   Payment   |   Shipping   |   Guarantee & Return Policy   |   Sitemap   |   FAQ   |   Testimonials   |   Privacy Policy   |   News

Business Email: wikihandbag@vip.163.com   Skype: Jimmytiger



9/9/2015                    Channnel Long Chain Shoulder Handbag Canvas 69900 KK09C043 - luxury fashion



9/9/2015                              Channnel Long Chain Shoulder Handbag Canvas 69900 KK09C043 - luxury fashion

Phillipp Pleein

Sophile hulme

Thomas Wyldde

issey miyake

Moynat

Shoes

Wallet

Scarf

Watch

Others







Your E-mail Address

Subscribe

9/9/2015                                                        FAQ - luxury fashion



| | | Home | Contacts | Sign in or Register | Help | Shopping cart(0) |

keyword

| Home | Handbag | Shoes | Wallet | Scarf | Watch | Others | Currency : USD ▾ |

**⊙ PRODUCTS**

Home > FAQ

**Handbag**

Special Offer Items

Men bag

Louiis vuittonn

Guccii

Hermmes

Chaannneel

Praada

Aleexander Wang

Aleexander Mcqueen

Balenciagaa

Bvlgarii

Burberriy

Bottegaa Venetaa

Celline

Christion Louboutlin

Chloee

Di&G

Diior

Furllaa

Fendii

Ferragaamo

Givennchy

Goyarrd

Katee Spadee

Loeiwe

Lanviin

MCMM

Miuu Miuu

Mullberry

Proenzaa Schouller

Robertoo Cavalli

Stellaa McCartneey

Rogoer Vivieer

Todds

Valentinoo

Versacee

YSLL

3.1 phillip Limm

Tom Forrd

Michael Korrs

Akriis

Victorliia Beckhamm

Cooach

Moschineo

Torry B

1,
Question: Do your replica items the exactly the same like the original brands?

Answer:  What we sell are the highest quality replicas available on the market, they are 99% the same like the original ones.

2,
Question: Are your handbags, wallets, belts, and shoes made of real leather?

Answer:  Yes, we guarrantee leather items on our website are made real leather, they are made of top quality genuine cowhide leather, lambskin, or suede leather.

3,
Question: How long will it take to receive my order ?

Answer:  Normally we make shipping within 36 hours after receiving the payment. it will take 7-8 days by EMS shipping, 4-5 days by DHL shipping.

4,
Question: How can I know my order status ?

Answer:  Once the package shipped, we will inform you a shipping tracking number via email,  with which you can check the status of your order online.

5:
Question: Do you charge sales tax?

Answer: No, we don't charge any tax, your replica items will be shipped as GIFT, you don't have to pay any taxes.

6,
Question: Can I resell your replica items?

Answer:  Yes. We can offer you pictures (with no watermarks). Our comprehensive program is designed for website owners, e-bay retailers, or people who just want to make extra money by selling our products to their friends and relatives.


**Contact:**


**Please contact us by our business email or tel number:**

**Business Email: wikihandbag@vip.163.com**

**Tel:    0086 18820017812**

FAQ - luxury fashion

Philipp Pleein

Sophlie hulme

Thomas Wyldde

issey miyake

Moynat

**Shoes**

**Wallet**

**Scarf**

**Watch**

**Others**







Your E-mail Address

Home  |  About Us  |  Payment  |  Shipping  |  Guarantee & Return Policy  |  Sitemap  |  FAQ  |  Testimonials  |  Privacy Policy  |  News

Business Email: wikihandbag@vip.163.com   Skype: Jimmytiger