

Stephanie N. Gilbert
(757) 628-5622
sgilbert@wilsav.com

15864.009

January 5, 2016

**Via Hand Delivery**

Fernando Galindo, Clerk
United States District Court for Eastern
District of Virginia
600 Granby Street
Norfolk, VA 23510

    Re:    Chanel, Inc. v. Poshmoda.ro, et al.

Dear Mr. Galindo:

    I enclose the following documents to be filed on behalf of Plaintiff, Chanel, Inc., in the above matter:

    1.    Original and one copy of a Complaint with Civil Cover Sheet attached;

    2.    Original and one copy of Plaintiff's Ex Parte Application for Entry of Temporary Restraining Order and Preliminary Injunction and Memorandum in Support thereof;

    3.    Proposed Order Granting Plaintiff's Ex Parte Application for Entry of Temporary Restraining Order and Order Scheduling Preliminary Injunction Hearing;

    4.    Pro Hac Vice Application of Stephen Gaffigan; and

    5.    Plaintiff's Financial Interest Disclosure Statement.

    Also enclosed is our check in the amount of $400.00 in payment of the filing fee. Once the service packet has been prepared, please advise my assistant, Nancy Reynolds, at 628-5512 so she can arrange to have it picked up by our courier.

Reply to Norfolk Office

440 MONTICELLO AVENUE   SUITE 2200   NORFOLK, VA 23510   757.628.5500   FACSIMILE 757.628.5566
222 CENTRAL PARK AVENUE   SUITE 1500   VIRGINIA BEACH, VIRGINIA 23462   757.628.5600   FACSIMILE 757.628.5659

WWW.WILLCOXANDSAVAGE.COM

I-1384618.1

Willcox & Savage

Fernando Galindo, Clerk
January 5, 2016
Page 2

    If you should have any questions or comments concerning this matter, please contact our office.

                Very truly yours,

                Stephanie N. Gilbert

SJN:nr
Enclosures

I-1384618.1